UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Navneet Kaur, *on behalf of herself and all others similarly situated*,<br><br>      Plaintiff,<br><br>  -against-<br><br>Societe Air France,<br><br>      Defendant. | Case No. 1:23-cv-02927-FB-VMS<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for Plaintiff and the attorneys for Defendant Societe Air France that: a) Plaintiff hereby dismisses all claims in this action with prejudice; and b) the Parties shall bear their own costs and attorneys' fees.

| | |
|---|---|
| **LAW OFFICE OF**<br>**MOHAMMED GANGAT PLLC**<br>*Attorneys for Plaintiff*<br><br>_____<br>Mohammed Gangat, Esq.<br>Law Office of Mohammed Gangat PLLC<br>675 Third Avenue, Suite 1810<br>New York, NY 10017<br>mgangat@gangatpllc.com<br>Dated: October 12, 2023 | **LITTLER MENDELSON, P.C.**<br>*Attorneys for Defendant*<br><br>_____<br>Kevin K. Yam, Esq.<br>Littler Mendelson, P.C.<br>900 Third Avenue, 8th Floor<br>New York, NY 10022<br>KYam@littler.com<br>Dated: October 12, 2023 |

SO ORDERED:

/S/ Frederic Block
_____
District Judge Frederic Block

Dated: 10-13-2023